# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 274 WAL 2015

           Respondent                 :

                                :   Petition for Allowance of Appeal from

                                :   the Order of the Superior Court

           v.                           :

                                :

JAMES BUNDRIDGE,                :

                                :

           Petitioner                 :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.